**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEL PARSON, | Civil Action No. |
| Plaintiffs, | 25-cv-01699 |
| v. | (Judge Wiegand) |
| DREAMCANVAS, et, al, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Seller Name |
|---|---|
| 10 | FOUR ZERO |
| 21 | Fstar pro |
| 28 | Stone Box |
| 46 | FOUR O NE |
| 136 | THTEE |
| 166 | EG supe |
| 167 | G whale |
| 171 | crystal B |
| 173 | Free Summer |
| 174 | WALL DESIGN E |
| 226 | TeeTales |
| 253 | QE Trendy Clothing |
| 254 | QF Flawless Fashion |
| 255 | QD Trendy Fashion |
| 274 | QB Plussize Fashion |
| 298 | XYOLI |
| 328 | FashionCrafts |

| 333 | Stars shining in the sky |
| 334 | Trendy Ti |

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 31, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -